**Jennifer L. WILSON, Plaintiff— Appellant,**

v.

**SUNTRUST BANK, Incorporated in GEORGIA; Suntrust Mortgage Inc.; Residential Funding Company, LLC, f/k/a Residential Funding Corporation, Defendants—Appellees,**

and

**Hutchens, Senter, Britton, PA; John/Jane Doe 1–10, Defendants.**

No. 12–1393.

United States Court of Appeals, Fourth Circuit.

Submitted: July 30, 2012.

Decided: Aug. 13, 2012.

**926**

Jennifer L. Wilson, Appellant Pro Se. Julia Bright Hartley, Christina Rampey Hunoval, Nelson Mullins Riley & Scarborough, LLP, Charlotte, North Carolina, for Appellees.

Before MOTZ, SHEDD, and AGEE, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jennifer L. Wilson seeks to appeal the district court's order dismissing her claims as to some, but not all, of the Defendants in her civil action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Wilson seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*